```
BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br> BIVIANO FARIAS-CARRANZA,       )<br>                                )<br>            Defendant.          )<br>_____) | Case No. 1:95CR5110 LJO<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, and dismiss the arrest warrant as to the above-named defendant, in the interest of justice.

DATED: November 6, 2012            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                               By:  /s/ Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice and the arrest warrant be dismissed.

IT IS SO ORDERED.

**Dated:   November 6, 2012**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE